UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | (Crim. No. 02-552 (FSH)) |
| | : | |
| v. | : | Hon. Faith S. Hochberg |
| | : | |
| EDWARD QUERO | : | **ORDER** |

A motion to amend the restitution payment schedule having been filed (by, Edward Quero, <u>pro se</u>, appearing) in the above matter; the Untied States of America (by Andrew Kogan, Assistant United States Attorney, appearing) having opposed the motion; and the Court having considered the submissions of the parties; and for good cause shown;

IT IS on this 16th day of ~~June~~ August, 2010;

ORDERED that defendant's motion is DENIED.

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge